[No. 15565-6-II.   Division Two.   February 22, 1994.]

HAROLD E. RICHARDS, *Respondent*, v. UNION CARBIDE
CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-2-04990-1, Arthur W. Verharen, J., entered
December 13, 1991. *Affirmed* by unpublished opinion per
Morgan, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 12269-7-III.   Division Three.   February 22, 1994.]

*In the Matter of the Marriage of* RICHARD DEZARN,
*Appellant, and* PATRICIA DEZARN, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima
County, No. 90-3-01172-3, Heather Van Nuys, J., entered
February 28, 1992. *Affirmed in part* and *reversed in part* by
unpublished opinion per Sweeney, J., concurred in by
Thompson, C.J., and Munson, J.

[No. 14943-5-II.   Division Two.   February 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
G. MAHONEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 90-1-00275-3, Don L. McCulloch, J., entered May
6, 1991. *Affirmed* by unpublished opinion per Houghton, J.,
concurred in by Morgan, C.J., and Seinfeld, J.